1   BENJAMIN B. WAGNER
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant U. S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700

5   Attorneys for the United States

**FILED**

OCT 0 3 2012



CLERK, U.S. DISTRICT **COURT**
EASTERN DISTRICT OF **CALIFORNIA**
BY _____
            DEPUTY CLERK

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              2:12-CV-02471-LKK-GGH

12              Plaintiff,                   **ORDER REGARDING CLERK'S
                                            ISSUANCE OF WARRANT FOR
13        v.                                ARREST OF ARTICLES *IN
                                            REM***
14   APPROXIMATELY $9,734.00 IN U.S.
     CURRENCY,
15
                Defendant.
16

17

18        WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on October

19   1, 2012, in the United States District Court for the Eastern District of California,

20   alleging that the defendant Approximately $9,734.00 in U.S. Currency (hereafter

21   "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C.

22   § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

23        And, the Court being satisfied that, based on the Verified Complaint for Forfeiture

24   *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Richard J.

25   Britt, there is probable cause to believe that the defendant currency so described

26   constitutes property that is subject to forfeiture for such violation(s), and that grounds

27   for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule

28   G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

                                        1

1 | Forfeiture Actions;

2 |     IT IS HEREBY ORDERED that the Clerk for the United States District Court,

3 | Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the

4 | defendant currency.

5 | Dated: 10-3-2012

                                   EDMUND F. BRENNAN
                                   United States Magistrate Judge

Order Re Clerk's Issuance of Warrant for Arrest