BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-02471-LKK-GGH |
| Plaintiff, | REQUEST TO CONTINUE THE DECEMBER 10, 2012 SCHEDULING CONFERENCE; ORDER |
| v. | |
| APPROXIMATELY $9,734.00 IN U.S. CURRENCY, | |
| Defendant. | |

    The United States submits the following Request to Continue the December 10, 2012 Scheduling Conference.  For the reasons set forth below, there is good cause to continue the currently set December 10, 2012 scheduling conference to February 8, 2013.

## Introduction

    On October 1, 2012, the United States filed a civil forfeiture complaint against above-captioned currency ("defendant currency") based on its alleged involvement in federal drug law violations.  All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on November 3, 2012 and will run for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

### Good Cause

There is good cause to continue the scheduling conference currently set for December 10, 2012. The United States provided notice to potential claimants pursuant to law and, no party having appeared in the case, will request clerk's defaults of those individuals once the publication process runs on December 3, 2012.

Potential claimant Anthony Hempstead, who filed a claim in the administrative forfeiture proceeding and was provided notice of this case, contacted our office to say that his claim would be filed shortly. Although the time to file a claim had expired, the United States agreed to extend Hempstead's statutory deadline to file a claim.

For these reasons, the United States seeks to continue the currently set December 10, 2012 status conference to February 8, 2013, or continue the status conference to a date the Court deems acceptable. The extension will allow the publication period to run and, further, permit a prospective claimant to enter the case and litigate his alleged interest in the defendant currency.

Dated: 11/26/2012      BENJAMIN B. WAGNER
                       United States Attorney

                       By:   /s/ Kevin C. Khasigian
                             KEVIN C. KHASIGIAN
                             Assistant U.S. Attorney

### ORDER

Pursuant to the parties request and good cause appearing, the Court makes the following order:

The status conference currently set for December 10, 2012 is continued to February 19, 2013 at 11:30 a.m. in Courtroom 4 before the Honorable Lawrence K. Karlton.

**IT IS SO ORDERED.**

Dated: November 27, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT